Slip Op. 19-102

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEES OF HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRETARY OF LABOR, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 17-00279 |

**JUDGMENT**

Before the court is the U.S. Department of Labor's Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), ECF No. 36, in this action. All parties agree that the Remand Results comply with the court's instructions and should be sustained. See Joint Status Report, ECF No. 39. There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained.

           /s/ Leo M. Gordon
           Judge Leo M. Gordon

Dated: August 2, 2019
   New York, New York